**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 177 MM 2015
                   :
            Respondent       :
                   :
                   :
            v.               :
                   :
                   :
JUSTIN CORLISS,           :
                   :
            Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of January, 2016, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED**.

     Mr. Justice Eakin did not participate in the consideration or decision of this matter.